[No. 9764.   Department One.   December 16, 1911.]

R. B. BROWN, *Appellant*, v. GEORGE F. ROGERS *et al.,*
*Respondents.*[1]

APPEAL—REVIEW—FINDINGS. Findings upon conflicting testimony,
supported by the evidence, will be sustained on appeal.

Appeal from a judgment of the superior court for King
county, Tallman, J., entered February 14, 1911, in favor of
the defendants, after a trial on the merits before the court
without a jury, dismissing an action on contract.   Affirmed.

*Walter S. Fulton, George V. Ostroth,* and *R. B. Brown,*
for appellant.

*E. H. Kohlhase,* for respondents.

PARKER, J.—This is an action to rescind an executed
trade contract, by which the plaintiff traded to the de-
fendant Kidd certain rooming house furniture, and the busi-
ness in which it was used, for certain land and $100 in
cash.   A trial upon the merits resulted in a decree in favor
of the defendants, dismissing the case, from which the plain-
tiff has appealed.   The trial court made no findings.

The grounds upon which appellant seeks a rescission of
the contract are that he was induced to enter into the con-
tract by false and fraudulent representations made by cer-
tain of the defendants, touching the condition, location and
value of the land.   The evidence warrants the conclusion
that the value of the property exchanged, including the
money, was about equal on each side, and there is serious
conflict in the testimony of the witnesses as to the making
of false representations by respondents inducing the trade.
We agree with the learned trial court that appellant is not

[1]Reported in 119 Pac. 1135.

entitled to the relief prayed for.  No useful purpose could be served by a detailed review of the evidence here.

The judgment is affirmed.

DUNBAR, C. J., MOUNT, and FULLERTON, JJ., concur.